UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        Case No. 16-CR-156

JESSE J. WOHLRABE,

    Defendant.

## ORDER

The defendant in the above matter has filed a motion to correct the sentence or amend the judgment so that it reflects the Court's recommendation that defendant be allowed to participate in the 500 hour drug program administered by the Bureau of Prisons. Having reviewed the Presentence Investigation and the nature of the crime, the Court concludes that the recommendation is reasonable and directs the Clerk to file an Amended Judgment including such recommendation.

**SO ORDERED** this  10th  day of March, 2017.

                                                s/ William C. Griesbach
                                                William C. Griesbach, Chief Judge
                                                United States District Court