UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                                  Case No. 16-CR-156

JESSE WOHLRABE,

      Defendant.

## ORDER DENYING MOTION FOR COMPASSIONATE RELEASE

Jesse Wohlrabe pleaded guilty to conspiracy to distribute 100 grams or more of heroin and on March 1, 2017, was sentenced to 72 months in the custody of the Bureau of Prisons to run concurrently with a 30-month state sentence imposed in June of 2016. He was just commencing his federal sentence and had not yet been assigned placement when he filed a motion for compassionate release due to the COVID-19 pandemic. Wohlrabe's motion is denied. He has no medical condition that renders him more susceptible to serious complications for COVID and is only 34 years of age. In other words, he has failed to offer any evidence of an extraordinary or compelling reason to reduce his sentence as 18 U.S.C. § 3582(c)(3) requires. Even if he had a serious health condition, consideration of the sentencing factors set forth in 18 U.S.C. § 3553(a) would preclude his release at this time. Accordingly, his motion is denied.

**SO ORDERED** at Green Bay, Wisconsin this 27th day of January, 2021.

                                                s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge